Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-10-00083-CR

Justin **VILLALON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 990406
Honorable Monica E. Guerrero, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: March 3, 2010

DISMISSED FOR LACK OF JURISDICTION

Justin Villalon filed a notice of appeal seeking to appeal from a sentence imposed on

September 26, 2008. The only order signed by the trial court on September 26, 2008, was an order

altering and amending Villalon's conditions of probation. This court has no jurisdiction to hear an

appeal from an order altering or modifying probation conditions. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH